FILED
2020 Jan-16 PM 01:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| ROBERT GILREATH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case Number: 4:19-CV-1889-CLM |
| | * | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, f/k/a Liberty Life Assurance Company of Company of Boston, | * * * | |
| | * | |
| Defendant. | * | |

## AMENDED COMPLAINT

### Count I

### ERISA Benefits

1. Plaintiff, age 59, is a 30 year disabled former employee of Vulcraft.

2. Vulcraft was Plaintiff's employer. Liberty Life Assurance Company of Boston administers Plaintiff's LTD Plan.

3. Plaintiff suffered a severe dizzy spell which subsequently resulted in a fall.

4. Plaintiff suffers from black out spells which last from 10 minutes to 8 hours. Plaintiff is disabled due to dizziness, vertigo, Meniere's disease, and atrial fibrillation.

5. Plaintiff has long term disability policies through Defendant.

6. Plaintiff applied for long term disability benefits which he drew from 6/5/16 until 12/14/16. Benefits were wrongly terminated.

7. Plaintiff has exhausted all administrative remedies.

8. Plaintiff was awarded SSDI benefits by a Fully Favorable decision dated 5/13/19 with a disability onset of 5/31/16. (attached) Defendant was provided a copy of decision.

9. This claim is filed pursuant to 29 U.S.C. §1132.

WHEREFORE, Plaintiff prays for appropriate relief, attorney fees and costs which are less than $50,000.

**Count II**

**Termination of Insurance Policy**

1. Plaintiff incorporates the allegations in Count I.

2. Defendant issued a life insurance policy which included a waiver of premiums during disability.

3. The insurance policy has been wrongly terminated even though Plaintiff remains disabled.

4. Plaintiff has exhausted his administrative remedies through his claim for reinstatement of LTD benefits.

WHEREFORE, Plaintiff requests that the life insurance policy be reinstated.

s/MYRON K. ALLENSTEIN
Bar Number: asb-2058-A61-M
Attorney for Plaintiff
ALLENSTEIN & ALLENSTEIN, LLC
141 South 9th Street
Gadsden, AL 35901
Telephone: (256) 546-6314
Fax: (256) 547-7648
myron@allenstein.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Matthew W. Robinett
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place
Suite 3000
1130 22nd Street South
Birmingham, AL 35205

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road
Suite 550
Dallas, TX 75254

s/MYRON K. ALLENSTEIN