FILED
2020 Jan-16 PM 03:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

| | | |
|---|---|---|
| **ROBERT GILREATH,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | |
| | } | **Case No. 4:19-CV-01889-CLM** |
| **LINCOLN LIFE ASSURANCE** | } | |
| **COMPANY OF BOSTON,** | } | |
| | } | |
| **Defendant.** | } | |

# SCHEDULING ORDER

The dates and deadlines in this case are set forth below:

| **Event / Item Due** | **Date / Deadline** |
|---|---|
| Initial Disclosures | 1/31/2020 |
| Deadline to Amend Pleadings | P: 2/14/2020<br>D: 3/6/2020 |
| Rule 26(e) Supplementations | 4/3/2020 |
| Fact Discovery Complete | 4/20/2020 |
| Status Conference (telephone) | 4/21/2020 at 2:00pm |

The court sets the following limits with respect to discovery:

| Form of Discovery | Limitations |
|---|---|
| Interrogatories | 30 each, responses due in 30 days |
| Requests for Admissions | 10 each, responses due in 30 days |
| Requests for Production | 30 each, responses due in 30 days |
| Depositions | 5 each, 7 hours each |

This order may be modified by filing a motion that establishes good cause for the requested change.

**DONE** and **ORDERED** this 16th day of January, 2020.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE