FILED
2020 Apr-21 PM 02:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

| | | |
|---|---|---|
| ROBERT GILREATH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:19-cv-01889-CLM |
| | ) | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Pursuant to the Telephone Status Conference held on Tuesday, April 21, 2020, the Court hereby sets a deadline of **Tuesday, May 19, 2020** for filing dispositive motions. All filings must conform to the requirements set forth in the attached Appendix II.

**DONE** and **ORDERED** this 21st day of April, 2020.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE