FILED
2020 May-15 PM 03:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

| | | |
|---|---|---|
| **ROBERT GILREATH,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No. 4:19-CV-01889-CLM** |
| | } | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | } | |
| | } | |
| **Defendant.** | } | |

**ORDER OF DISMISSAL**

The Court, having been advised that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**. The court retains jurisdiction of this action to reinstate the case, if any party represents to the court **on or before Tuesday, July 14, 2020**, that final settlement documentation could not be completed. The parties may request additional time to file dismissal documents if necessary. All other pending deadlines in this case are **CANCELLED**.

**DONE** and **ORDERED** this 15th day of May, 2020.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE