FILED
2020 May-28 PM 02:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

| | | |
|---|---|---|
| **Robert Gilreath,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.: 4:19-cv-1889-CLM** |
| | } | |
| **Lincoln Life Assurance Company of Boston** | } | |
| | } | |
| | } | |
| **Defendant.** | | |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal (doc. # 20), filed May 27, 2020, the court hereby ORDERS that this action shall be, and is, DISMISSED WITH PREJUDICE. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this May 28, 2020.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE